UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
BHUSHAN ATHALE, et al., Individually and : Civil Action No. 1:11-cv-05831-AJN
on Behalf of All Others Similarly Situated, : **(Consolidated)**
:
Plaintiffs, : CLASS ACTION
:
vs. : NOTICE OF MOTION FOR FINAL
: APPROVAL OF PARTIAL SETTLEMENT
SINOTECH ENERGY LIMITED, et al., : AND PLAN OF DISTRIBUTION OF
: SETTLEMENT PROCEEDS, AND AWARD
Defendants. : OF ATTORNEYS' FEES AND EXPENSES
:
---------------------------------------------------------------x

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that upon: (i) the Declarations of David A. Rosenfeld affirmed on June 21, 2013; (ii) the Declaration of Christopher L. Nelson affirmed on June 18, 2013; (iii) the Settlement Agreement dated March 22, 2013 and the Exhibits annexed thereto; (iv) the Declaration of Carole K. Sylvester affirmed on June 19, 2013; (v) Lead Plaintiff's Memorandum of Law in Support of Motion for Final Approval of Partial Settlement and Plan of Distribution of Settlement Proceeds; (vi) Lead Counsel's Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses; and (vii) all other proceedings herein, Lead Plaintiff will move this Court, before the Honorable Alison J. Nathan, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York on August 29, 2013, at 10:00 a.m., for entry of orders and judgments pursuant to Rule 23 of the Federal Rules of Civil Procedure (1) finally approving the settlement of the captioned litigation, (2) approving the Plan of Distribution of settlement proceeds, and (3) awarding Lead Counsel attorneys' fees plus expenses in the litigation.

851241_1

DATED: June 21, 2013

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
CHRISTOPHER M. BARRETT

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
cbarrett@rgrdlaw.com

THE WEISER LAW FIRM, P.C.
ROBERT B. WEISER
CHRISTOPHER L. NELSON
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
610/408-8062 (fax)
rw@weiserlawfirm.com
cln@weiserlawfirm.com

Co-Lead Counsel for Plaintiffs

- 2 -

851241_1

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 21, 2013.

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
 & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

851241_1

# Mailing Information for a Case 1:11-cv-05831-AJN

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Christopher Michael Barrett**
  cbarrett@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Jeffrey Craig Block**
  jeff@blockesq.com,jason@blockesq.com

- **Daniel Patrick Chiplock**
  dchiplock@lchb.com

- **Jeffrey J. Ciarlanto**
  jjc@weiserlawfirm.com

- **Robert Gary Cohen**
  rgcohen@orrick.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Geoffrey Coyle Jarvis**
  gjarvis@gelaw.com,cnevers@gelaw.com,jkairis@gelaw.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **Angie Young Kim**
  aykim@wsgr.com,ageritano@wsgr.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Kelley M. Kinney**
  kkinney@wsgr.com

- **Mark Adam Kirsch**
  mkirsch@gibsondunn.com,aarias@gibsondunn.com

- **Jason Mathew Leviton**
  jason@blockesq.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **Richard A. Martin**
  rmartin@orrick.com,nymao@orrick.com

- **Jeffrey Michael Norton**
  jnorton@nfllp.com,BGorson@nfllp.com,cchenette@nfllp.com,ACassady@nfllp.com

- **Fei-Lu Qian**
  flqian@pomlaw.com

- **Kenneth Mark Rehns**
  krehns@cohenmilstein.com,efilings@cohenmilstein.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven Mark Schatz**
  sschatz@wsgr.com

- **Brett D Stecker**
  bds@weiserlawfirm.com

- **Rodney G. Strickland, Jr**
  rstrickland@wsgr.com,lkoontz@wsgr.com

- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Antonio Vozzolo**
  avozzolo@faruqilaw.com,ecf@faruqilaw.com

- **Michael Stephen Winograd**
  Michael.Winograd@RopesGray.com,CourtAlert@RopesGray.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adriene O. Bell
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

Patrick Vincent Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Michael Goldberg
Glancy Binkow & Goldberg, LLP (CA)
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Bret Ladine
Wilson Sonsini Goodrich & Rosati (CA)
650 Page Mill Road
Palo Alto, CA 94304

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087

Glenn Harlan Spiegel
Hartman & Craven LLP
460 Park Avenue
New York, NY 10022-1987

Leslie F. Stern
Willkie, Farr & Gallagher, Esqs.
1 Citicorp Center, 153 East 53rd Street
New York, NY 10022

Robert B. Weiser
The Weiser Law Firm, P.C.
22 Cassatt Avenue
First Floor
Berwyn, PA 19312
```